UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


**Ronaldo Lopes Silva**

  **V.**

                         **CIVIL ACTION NO. 1:26-cv-12092-MJJ**


**Moniz et al**


### ORDER OF DISMISSAL


**JOUN, D.J.**


**In accordance with the Respondents' Status Report dated June 5, 2026, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.**


June 5, 2026

                         /s/ Sophie Phillips
                         --------------------------
                         **Deputy Clerk**